UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA VALDEZ, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>MICHPAT & FAM, LLC, d/b/a DAIRY QUEEN GRILL & CHILL RESTAURANT, and PATRICIA NAPPO, a/k/a PATRICIA DEMINT, individually,<br><br>        Defendants. | **Docket No.**<br><br>**2:20-cv-2570-AMD-SIL**<br><br><br>**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 <u>OFFER OF JUDGMENT</u>** |

**PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Jessica Valdez, Frances Baldinucci, Angelina Boyce, Ebony Smith, Jonathan Johnson, Rahmeek Walker, Sirbashin Wakins, Amanda Flecker, Mitchell Flecker, Gavin Quiery, Kyle Mcguire, and Kimonet Vick hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
      February 15, 2024

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
910 Franklin Avenue, Suite 205
Garden City, New York 11530
Tel. No. (516) 248-5550
Fax: (516) 248-6027

By: _____
      MICHAEL J. BORRELLI (MB 8533)

## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. Borrelli, Esq., hereby certify that on this date, February 16, 2024, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Rule 68 Offer of Judgment*, dated February 16, 2024, was served *via* ECF on the following:

Jason L. Abelove, Esq.
Law Offices of Jason L. Abelove, P.C.
jason@jasonabelove.com

_____
MICHAEL J. BORRELLI, ESQ.