UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JESSICA VALDEZ, on behalf of herself, individually,
and on behalf of all others similarly-situated,

                    Plaintiff,                    JUDGMENT

     v.                                                    20-cv-2570-AMD-SIL

MICHPAT & FAM, LLC, d/b/a DAIRY QUEEN
GRILL & CHILL RESTAURANT, and PATRICIA
NAPPO, a/k/a PATRICIA DEMINT, individually,

                    Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 16, 2024; and Defendants MICHPAT & FAM, LLC, d/b/a DAIRY QUEEN GRILL & CHILL RESTAURANT, and PATRICIA NAPPO, a/k/a PATRICIA DEMINT, having offered to allow entry of judgment to be taken against them, jointly and severally, and in favor of Plaintiff Jessica Valdez, Frances Baldinucci, Angelina Boyce, Ebony Smith, Jonathan Johnson, Rahmeek Walker, Sirbashin Wakins, Amanda Flecker, Mitchell Flecker, Gavin Quiery, Kyle Mcguire, and Kimonet Vick in the sum of $150,000.00 inclusive of all attorney's fees, costs, prejudgment interest or any additional sums entitled to Plaintiffs; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jessica Valdez, Frances Baldinucci, Angelina Boyce, Ebony Smith, Jonathan Johnson, Rahmeek Walker, Sirbashin Wakins, Amanda Flecker, Mitchell Flecker, Gavin Quiery, Kyle Mcguire, and Kimonet Vickand against Defendants MICHPAT & FAM, LLC, d/b/a DAIRY QUEEN GRILL & CHILL RESTAURANT, and PATRICIA NAPPO, a/k/a PATRICIA DEMINT, jointly and severally, in the sum of $150,000.00 inclusive of all attorney's fees, costs, prejudgment interest or any additional sums entitled to Plaintiffs.

Dated: Brooklyn, New York                       Brenna B. Mahoney
         February 21, 2024                          Clerk of Court

                                                                 By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk