**BORRELLI & ASSOCIATES**
—— P.L.L.C. ——
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

April 9, 2024

*Via ECF*
The Honorable Steven I. Locke
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>*Valdez v. MichPat & Fam, LLC, et al.*, Case No.: 2:20-cv-02570-AMD-SIL</u>

Dear Judge Locke:

      As Your Honor may recall, on March 18, 2024, the parties submitted to Your Honor a Stipulation to Decertify the Certified Class Action ("Stipulation"). *ECF 105.* On March 19, 2024, Your Honor so-ordered said Stipulation. *ECF 106.*

      Pursuant to the Stipulation, the parties, *inter alia,* agreed to mail out the "Decertification Notice to Class Members" that was attached as an exhibit to the Stipulation within 30 days of the Stipulation being so-ordered, by April 18, 2024. The parties further agreed to notify the Court so that the Court can issue an order dismissing the action and closing the case. By and through this correspondence, the parties are doing just that. All notices have been mailed out to all class members, as such, we respectfully request that Your Honor dismiss this action and close this case.

      We thank the Court for its attention to this matter.

                                                              Respectfully submitted,

                                                              Michael J. Borrelli, Esq. (MB 8533)
                                                                   *For the Firm*

C:      All Counsel *via* ECF